```
 1  Joseph E. Porter III (SBN 51350)
    206 3rd Street
 2  Seal Beach, California 90740
    Telephone: (562) 493-3940
 3  Facsimile: (562) 493-3670

 4  Harry E. Douglas IV (SBN 136877)
    LAW OFFICES OF HARRY E. DOUGLAS IV
 5  5482 Wilshire Boulevard
    Suite 1600
 6  Los Angeles, California 90036
    Telephone: (213) 537-5070
 7  Facsimile: (213) 927-3660

 8

 9  Attorneys for Plaintiffs,
    DAVID LLOYD MARCUS
10
                  UNITED STATES DISTRICT COURT
11
                  CENTRAL DISTRICT OF CALIFORNIA
12
    DAVID LLOYD MARCUS, an          ) CASE NO. 2:17-CV-00148
13  individual,                     ) RSWL(AJWx)
                                    )
14       Plaintiffs,                )
                                    ) NOTICE OF MOTION AND MOTION OF
15       vs.                        ) PLAINTIFFS' COUNSEL TO WITHDRAW
                                    ) AS COUNSEL OF RECORD;
16  ABC SIGNATURE STUDIOS, INC., a  ) DECLARATION OF HARRY E. DOUGLAS
    Delaware corporation; KHALABO   ) IV
17  INK SOCIETY, a Delaware         )
    corporation, KENYA BARRIS, an   ) DATE: June 13, 2017
18  individual, and DOES 1 through  ) TIME: 10:00 am
    10, inclusive,                  ) DEPT: Ctrm. Hon. Ronald S.W. Lew
19                                  )
         Defendants.                )
20  _____) COMPLAINT FILED: January 6, 2017

21

22

23       TO PLAINTIFF, DAVID LLOYD MARCUS, AND ALL PARTIES AND COUNSEL

24  OF RECORD HEREIN:

25       PLEASE TAKE NOTICE THAT on June 13, 2017, at 10:00 a.m., or

26  as soon thereafter as the matter may be heard, in the courtroom of

27  the Honorable Judge Ronald S.W. Lew of the above-captioned Court

28  located at 350 W. 1st Street, Los Angeles, California 90012, Joseph
                                   -1-
    _____
                        Motion To Withdraw As Counsel
    \***
```

-2-

E. Porter III and Harry E. Douglas IV, Counsel for Plaintiff, David Lloyd Marcus, ("Plaintiff") will and hereby do move to be allowed to withdraw as counsel of record herein.

This motion is supported by this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Harry E. Douglas IV, the court file for this matter, and such other evidence as may be presented at the hearing on the matter.

Dated: May 11, 2017

                                      LAW OFFICES OF
                                      HARRY E. DOUGLAS IV

                                       /s/ HARRY E. DOUGLAS IV
                                      _____
                                      Harry E. Douglas IV, Esq.
                                      Attorneys for Plaintiffs

MEMORANDUM OF POINTS AND AUTHORITIES

I. Introduction

Counsel for the plaintiff filed the action styled David Lloyd Marcus v. ABC Signature Studios, et al herein seeking to recover for copyright infringement, unfair competition, fraud, declaratory relief, and injunctive relief. During the course of several meet and confer conferences with counsel for defendants, Will Smith, and ABC Signature Studios, certain information and factual evidence was presented to counsel for plaintiff under penalty of perjury by witnesses for the defendants which counsel for plaintiff believes makes the prospects of prevailing upon the complaint very difficult. A disagreement has arisen between counsel for Plaintiff and plaintiff concerning the effect of the new factual information and evidence which renders counsel's ability to represent the plaintiff impossible, and counsel hereby seek permission from the court to withdraw as counsel of record.

II. Legal Standard.

California Rules of Professional Conduct 3-700(c) allow an attorney to seek leave to withdraw as counsel of record when "1) The Client (a) insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by a good faith argument for an extension, modification, or reversal of existing laws, or …(d) by other conduct renders it unreasonably difficult for the member to carry out the employment effectively". Furthermore, under California Business and Professions Code Section 6068(c) an attorney has a duty to only maintain actions and claims as appear to him to be legal or just. Cal. Bus & Prof. Code §6068(c). Furthermore, the courts of California have long

-3-

_____
**Motion To Withdraw As Counsel**

\***

held that "When an attorney loses faith in his cause he should either retire from the case or dismiss the action." Larimer v. Smith (1933) 130 Cal.App. 98, 101; 19 P.2d 825.

### III. A Conflict Has Arisen Between Client and Counsel As To The Effect of Certain Evidence Produced After the Filing of The Complaint That Renders Counsels Representation Untenable.

The complaint on file herein alleges among other things a claim of copyright infringement whereunder Defendant, ABC Signature Studios, Inc., Khalebo Ink Society, and Kenya Barris copied the script of plaintiff, David Lloyd Marcus entitled "Across The Tracks" in creating the hit television show, "Blackish". The complaint alleges that access to the script, a critical element of the claim, was obtained through a contest to which plaintiff submitted his script. The complaint alleges that Will Smith, a co-promoter of the script writing contest obtained a copy of the plaintiff's script and transferred it to Kenya Barris, who subsequently copied it's essential elements.

After filing and service of the complaint, counsel for plaintiff and defendant engaged in several meet and confer meeting both telephonically and face to face. During such meet and confer meetings, Counsel for Defendant Will Smith, submitted a declaration under penalty of perjury which affirmatively stated that Defendant Will Smith never obtained a copy of the script Across The Tracks. A disagreement has arisen between counsel and the client concerning the effect of this declaration which renders counsels representation of the plaintiff no longer tenable.

### VI. Conclusion.

-4-
_____
**Motion To Withdraw As Counsel**
\***

-5-

1    There has been a break down in the relationship between
2  counsel and plaintiff such that plaitniff's counsel's continued
3  representation of the plaintiff is not tenable. It is respectfully
4  requested that the court grant leave for counsel, Joseph E. Porter
5  III, and Harry E. Douglas IV, to withdraw as counsel for David
6  Lloyd Marcus herein.
7  Dated:  May 11, 2017

                              LAW OFFICES OF
                              HARRY E. DOUGLAS IV

                                /s/ HARRY E. DOUGLAS IV
                              _____
                              Harry E. Douglas IV, Esq.
                              Attorneys for Plaintiffs

**Motion To Withdraw As Counsel**

\***

**DECLARATION OF HARRY E. DOUGLAS IV**

I, Harry E. Douglas IV, declare:

1. I am an attorney duly authorized to practice before all of the courts in the State of California and I am associated counsel and attorney of record for plaintiff David Lloyd Marcus in this action. I have personal knowledge of the facts contained herein, and if called upon to testify in this matter, I could and would competently testify thereto.

2. On or about January 6, 2017, I drafted and filed the instant action entitled David Lloyd Marcus v. ABC Signature Studios, et al (Case #2:17-CV-00148-RSWL).

3. The fundamental allegations of the complaint were that plaintiff David Lloyd Marcus, a young script writer had submitted a script to a script writers contest entitled "Search for America's Newest Screenwriter" which was co-sponsored by defendant Will Smith. Furthermore, the complaint alleged that the plaintiff's script entitled "Across the Tracks" and the television show "Blackish" were substantially similar such that Blackish infringed the copyright of plaintiff in Across the Tracks.

4. The complaint further alleged a cause of action for fraud as against Will Smith asserting upon information and belief that the real purpose of the "Search for America's Newest Screenwriter" was not an actual scriptwriter's contest, but instead for a ruse to obtain new and fresh ideas, treatments and plot lines for development without compensating the creators of such works. The complaint continued that Will Smith was a personal friend and business of associate of Defendant Kenya Barris, and that through

such friendship, Will Smith transferred a copy of the script "Across the Tracks" to Kenya Barris, and ultimately Defendant Barris developed such script into a show known as Blackish which was distributed by defendant ABC Signature Studios.

5. After filing and service of the complaint defendant, Will Smith, sought to meet and confer concerning potential Rule 12(b)(6) and counsel for Will Smith sought to meet and confer concerning a potential anti-SLAPP motion.

6. We had several telephonic meet and confer meetings, and a face to face meeting to discuss the issues raised by the complaint and all parties respective contentions.

7. As part of the meet and confer process as counsel was in process or drafting an amended complaint and stipulation for leave to file an amended complaint, counsel for Will Smith, submitted a Declaration under penalty of perjury from an organizer of the script writers contest which affirmatively stated Will Smith never obtained a copy of the script.

8. The full implications of this declaration did not become clear to me until after I had drafted a stipulation for leave to file an amended complaint.

9. A disagreement has arisen between counsel and plaintiff, David Lloyd Marcus, concerning the effect of the declaration which renders plaintiff's counsel's ability to effectively represent his interests untenable and counsel seeks leave to withdraw as counsel of record.

10. A request has been made of David Lloyd Marcus to relieve us as counsel, however, he is unwilling to do so.

1  11. The plaintiff's mailing address is: 900 Rose Ann Road, Glen Burnie, MD 21061. His current email address is: davidlloydmarcus@gmail.com and his current telephone number is: (410) 905-6290.

12. A copy of this motion has been deposited in the mail to David Lloyd Marcus as evidenced by the attached proof of service by mail, and via email to his email address.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 11th day of May 2017, in Los Angeles, California.

/s/ HARRY E. DOUGLAS IV
Harry E. Douglas IV

-8-
**Motion To Withdraw As Counsel**

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )ss:
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5482 Wilshire Boulevard, Suite 1600, Los Angeles, California.

On **May 11, 2017,** I served by mail the foregoing document described as **NOTICE OF MOTION AND MOTION OF PLAINTIFFS COUNSEL TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF HARRY E. DOUGLAS IV** on all interested parties in this action by placing ____ the original __X__ a true copy thereof enclosed in a sealed envelope addressed as follows:

> David Lloyd Marcus
> 900 Rose Anne Road
> Glen Burnie, MD 21061
> Email: davidlloydmarcus@gmail.com
> Telephone: (410) 905-6290

and caused such envelope with postage thereon prepaid to be placed in the United States Mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited in the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 11th Day of May, 2017 at Los Angeles, California.

                                        /s/Harry E. Douglas IV
                                        Harry E. Douglas IV

**Motion To Withdraw As Counsel**

\***